HEATHER WILLIAMS, STATE BAR NO. 122664
Federal Defender
LINDA C. HARTER, STATE BAR NO. 179741
Assistant Federal Defender
Designated Counsel for Service
ARASH S. KHOSROWSHAHI, STATE BAR NO. 293246
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARITY ROSEANN COBABE



FILED
JUN 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:14-CR-138 EFB |
| Plaintiff, ) | STIPULATION AND ~~[PROPOSED]~~ ORDER |
| v. ) | |
| CHARITY ROSEANN COBABE, ) | Date: June 23, 2014<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ERIC CHAI, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for CHARITY ROSEANN COBABE, that the Court vacate the trial conference hearing set for June 23, 2014 at 10:00 a.m. and the jury trial set for July 8, 2014 at 9:30 a.m. We respectfully request the Court to continue the trial conference hearing to July 21, 2014 at 10:00 a.m. and the jury trial to August 5, 2014 at 9:30 a.m.

The parties further stipulate and agree to exclude time from June 23, 2014 to August 5, 2014 under the Speedy Trial Act (18 U.S.C. § 3161

{00320929.DOCX}

(h)(7)(B)(iv))(Local Code T4). The defense requires more time to investigate, prepare, and possibly negotiate a resolution.

Dated: June 20, 2014

Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

*/s/ Linda Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
CHARITY ROSEANN COBABE

Dated: June 20, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Eric Chai*
ERIC CHAI
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: June 20, 2014

HON. EDMUND F. BRENNAN
United States Magistrate Judge