HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant Federal Defender
ARASH S. KHOSROWSHAHI, STATE BAR NO. 293246
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
CHARITY ROSEANN COBABE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CHARITY ROSEANN COBABE,<br><br>　　　　Defendant. | Case No. 2:14-CR-138-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND SET FOR A CHANGE OF PLEA HEARING<br><br>Date:　August 22, 2014<br>Time:　2:00 p.m.<br>Judge:　Hon. Edmund F. Brennan |

　　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, E Special Assistant United States Attorney ERIC CHAI, and Chief Assistant Federal Defender LINDA C. HARTER, attorney for CHARITY ROSEANN COBABE, that the Court vacate the trial confirmation hearing set for July 21, 2014 at 10:00 a.m. and the jury trial set for August 5, 2014 at 9:30 a.m. and that the Court set a change of plea hearing for August 22, 2014 at 2:00 p.m.

/ / /

/ / /

/ / /

-1-

The parties further stipulate and agree to exclude time from July 21, 2014 to August 22, 2014 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

DATED: July 18, 2014                                  Respectfully submitted,

                                                      HEATHER WILLIAMS
                                                      Federal Defender

                                                      /s /Linda Harter
                                                      LINDA HARTER
                                                      Chief Assistant to the Federal Defender
                                                      Attorneys for Defendant
                                                      CHARITY ROSEANN COBABE

Dated: July 18, 2014                                  BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      */s/ Linda C. Harter for*
                                                      ERIC CHAI
                                                      Special Assistant United States Attorney

## **ORDER**

IT IS HEREBY ORDERED that the trial confirmation hearing set for July 21, 2014 at 10:00 a.m. and the jury trial set for August 5, 2014 at 9:30 a.m. be vacated and a change of plea hearing be set for August 22, 2014 at 2:00 p.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though August 22, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the ~~best~~ interest of the public and the defendant in a speedy trial.

Dated: July 21, 2014

                                                      EDMUND F. BRENNAN
                                                      UNITED STATES MAGISTRATE JUDGE