1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA HARTER, #179741
   Chief Assistant Federal Defender
3  ARASH S. KHOSROWSHAHI, # 293246
   Public Interest Fellow Attorney
4  801 I Street, 3rd Floor
   Sacramento, CA  95814
5  Tel: 916-498-5700  Fax: 916-498-5710

6  Attorneys for Defendant
   CHARITY ROSEANN COBABE
7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )  Case No. 2:14-CR-138-EFB
11                                   )
        Plaintiff,                   )  STIPULATION AND [~~PROPOSED~~] ORDER
12                                   )  TO VACATE CHANGE OF PLEA HEARING
                                     )  AND SET FOR NEW CHANGE OF PLEA
13            v.                     )  HEARING DATE
                                     )
14 CHARITY ROSEANN COBABE,           )
                                     )  Date:   September 29, 2014
15      Defendant.                   )  Time:  10:00 a.m.
                                     )  Judge: Hon. Edmund F. Brennan
16 _____ )

17

18       IT IS HEREBY STIPULATED between the parties through their respective counsel,

19 Special Assistant United States Attorney ERIC CHAI, and Chief Assistant Federal Defender

20 LINDA C. HARTER, attorney for CHARITY ROSEANN COBABE, that the Court vacate the

21 change of plea hearing set for August 22, 2014 at 2:00 p.m. and that the Court set a change of

22 plea hearing for September 29, 2014 at 10:00 a.m.

23 / / /

24 / / /

25 / / /

26

27

28                              -1-

The parties further stipulate and agree to exclude time from August 22, 2014 to September 29, 2014 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

DATED: August 21, 2014                    Respectfully submitted,

                                          HEATHER WILLIAMS
                                          Federal Defender

                                          */s/Linda Harter*
                                          LINDA HARTER
                                          Chief Assistant to the Federal Defender
                                          Attorneys for Defendant
                                          CHARITY ROSEANN COBABE

Dated: August 21, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          */s/Eric Chai*
                                          ERIC CHAI
                                          Special Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Court vacates the change of plea hearing set for August 22, 2014 at 2:00 p.m., and that the Court set a change of plea hearing for September 29, 2014 at 10:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though September 29, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the interest of the public and the defendant in a speedy trial.

Dated: August 21, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-