IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00138-EFB |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | DATE: April 13, 2015 |
| CHARITY ROSEANN COBABE, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Edmund F. Brennan |

It is hereby ordered that the defendant in the above-captioned matter shall appear before this Court on April 13, 2015, at 10:00 a.m. to show cause why her probation granted on November 6, 2014, should not be revoked. It is further ordered that the Clerk of the Court shall issue a summons to the above-named defendant.

DATED: February 25, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE