```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON M. LEONG
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:14-CR-00138-EFB |
| )  Plaintiff,  ) | STIPULATION TO CONTINUE PROBATION REVOCATION HEARING |
| v. ) | |
| ) | |
| CHARITY ROSEANN COBABE, ) | DATE:  April 13, 2015 |
| )  Defendant. ) | TIME:  10:00 a.m. |
| ) | JUDGE: Hon. Edmund F. Brennan |

The United States Attorney through its respective counsel, Jason Leong, Special Assistant United States Attorney, and Linda Harter, attorney for the defendant, CHARITY ROSEANN COBABE, hereby stipulate

///
///
///
///
///
///
///
///

Stipulation and ~~Proposed~~ Order          1          U.S. v. CHARITY ROSEANN COBABE

to continue the probation revocation hearing scheduled for April 13, 2015, at 10:00 a.m. to May 4, 2015, at 10:00 a.m.

DATED: April 8, 2015           BENJAMIN B. WAGNER
                               United States Attorney


                               _/s/ Jason M. Leong_____
                               JASON M. LEONG
                               Special Assistant U.S. Attorney

DATED: April 8, 2015           _/s/ Linda C. Harter_____
                               LINDA C. HARTER
                               Chief Assistant Federal Defender
                               Counsel for Defendant

///

///

///

///

///

///

///

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00138-EFB |
| Plaintiff, | ORDER CONTINUING PROBATION REVOCATION HEARING |
| v. | |
| CHARITY ROSEANN COBABE, | DATE:  April 13, 2015 |
| | TIME:  10:00 a.m. |
| Defendant. | JUDGE: Hon. Edmund F. Brennan |

It is hereby ordered that the probation revocation hearing scheduled for April 13, 2015, at 10:00 a.m. is continued to May 4, 2015, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  April 10, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE