BENJAMIN B. WAGNER
United States Attorney
JASON M. LEONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00138-EFB |
| Plaintiff, | REQUEST TO WITHDRAW PETITION FOR REVOCATION OF PROBATION AND [~~Proposed~~] ORDER |
| v. | |
| CHARITY ROSEANN COBABE, | |
| Defendant. | DATE: May 4, 2015<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edmund F. Brennan |

### REQUEST TO WITHDRAW PETITION

On February 24, 2015, the United States filed a Petition for Revocation of Probation and Notice of Hearing alleging that the defendant had failed to pay her Court-ordered fine and special assessment. On April 29, 2015, the United States received proof that the defendant paid her Court-ordered fine and special assessment. Accordingly, the United States seeks leave of Court to withdraw the

///
///
///
///

REQUEST TO WITHDRAW PETITION AND ORDER

Petition for Revocation of Probation and asks the Court to vacate the hearing set for May 4, 2015.

DATED: April 29, 2015           Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney


                          By:   */s/ JASON M. LEONG*
                                JASON M. LEONG
                                Special Assistant U.S. Attorney


## ORDER

It is Hereby Ordered that the plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant CHARITY ROSEANN COBABE is GRANTED. It is further ordered that the probation revocation hearing date scheduled on May 4, 2015, is vacated.

DATED:  April 30, 2015.

                                *[signature]*
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

REQUEST TO WITHDRAW PETITION AND ORDER